959 A.2d 903

**COMMONWEALTH of Pennsylvania ex rel. Angel PEREZ, Appellant**

**v.**

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., Appellee.**

Supreme Court of Pennsylvania.

Oct. 22, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 21st day of October, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**